# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0623

_____

FREDERICK CORNELIUS,

    Appellant,

    v.

STATE OF FLORIDA – OFFICE OF
FINANCIAL REGULATION,

    Appellee.

_____

On appeal from the Office of Financial Regulation.
Russell C. Weigel, III, Commissioner.

March 11, 2026

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Frederick Cornelius, pro se, Appellant.

Damaris E. Reynolds, Assistant General Counsel, Office of Financial Regulation, Tallahassee, for Appellee.